WR-83,286-01,02

DOCKET NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
5/15/2015
ABEL ACOSTA, CLERK

IN RE:
BRANDON JAY CARTER,
Relator

MOTION FOR LEAVE TO FILE
PETITION FOR WRIT OF MANDAMUS AND
WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Brandon Jay Carter, Relator, moves this Court to grant him leave to file his Petition for Writ of Mandamus and Writ of Prohibition, and shows:

1.     Concomitantly with filing of this Motion, Relator is tendering to the Clerk of the Court his Petition for Writ of Mandamus and Writ of Prohibition.  That Petition is incorporated into this Motion, by reference, for all intents and purposes, as though set forth herein verbatim.

2.     Relator represents that his Petition for Writ of Mandamus presents an issue of great importance which may be paraphrased as follows: may a judge ignore a defendant's Due Process rights and this Court's pronouncements of law by removing appointed counsel on a whim, without

1

a hearing.

3.     Relator suggests that this issue is of great importance, not only to him, but to the criminal jurisprudence of Texas.

4.     Relator therefore prays that this Honorable Court grant him leave to file his Petition for Writ of Mandamus and Writ of Prohibition.  Relator prays for general relief.

<div style="margin-left: 40%">

Respectfully submitted,

/s/ D. Chris Hesse
David Christopher Hesse
S.B.O.T. # 24049081
112 West 8th Avenue, Suite 301
Amarillo, Texas 79101
Tel: (806) 350-6785
Fax: (806) 350-6786
Chris@PanhandleCriminalDefense.Attorney
Attorney for Relator, Brandon Jay Carter

</div>

Of Counsel:

L.T. "Butch" Bradt #02841600
14015 Southwest Freeway, Suite 4
Sugar Land, Texas 77478
(281) 201-0700
Fax: (281) 201-1202
ltbradt@flash.net

Michael Mowla #24048680
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
(972) 795-2401
Fax: (972) 692-6636

michael@mowlalaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, in accordance with the Rule 9.5, T.R.A.P., certify that a true and correct copy of the foregoing Petition was delivered to:

Honorable Thomas R. Culver, III
240TH Judicial District Court
Fort Bend County Justice Center
1422 Eugene Heimann Circle
Courtroom: Room 3E
Richmond, Texas 77469
Becky.Fisher@fortbendcountytx.gov

John F. Healey, Jr., District Attorney
Gail Kikawa McConnell, Ass't District Attorney
1422 Eugene Heimann Circle
Richmond, TX 77469
Gail.McConnell@fortbendcountytx.gov

Harris S. Wood, Jr.
701 North Post Oak Road #425
Houston, Texas 77024
Fax: (281) 579-1586
hwoodatty@yahoo.com

On May 11, 2015.


/s/ D. Chris Hesse
D. Chris Hesse